No. 346. FINKELSTEIN & KOMMEL *v.* UNITED STATES. October 24, 1927.   Petition for writ of certiorari granted, and the case set for hearing on November 21 next after the cases heretofore set for that date.   *Mr. Frederick W. Brooks, Jr.,* for petitioners.   *Solicitor General Mitchell* and *Mr. Cyril S. Lawrence* for the United States.

———

No. 341. D. B. HEINER, COLLECTOR, *v.* JAMES R. TINDLE AND THE UNION TRUST COMPANY OF PITTSBURGH, CO-EXECUTORS, ETC.   October 24, 1927.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Mitchell* for petitioner.   No appearance for respondents.

———

No. 344. HUBERT WORK, SECRETARY OF THE INTERIOR, *v.* ROBERT L. BRAFFET, ADMINISTRATOR.   October 24, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted.   *Solicitor General Mitchell* and *Messrs. E. O. Patterson* and *O. H. Graves* for petitioner.   *Mr. Walter E. Burke* for respondent.

———

No. 349. THE KANSAS CITY SOUTHERN RAILWAY COMPANY *v.* FRANKLIN JONES, ADMINISTRATOR.   October 24, 1927.   Petition for a writ of certiorari to the Supreme Court of the State of Texas granted.   *Messrs. F. H. Moore, J. J. King, J. Q. Mehaffey, A. F. Smith* and *S. W. Moore* for petitioner.   *Mr. S. P. Jones* for respondent.

———

No. 375. MIDLAND VALLEY RAILROAD COMPANY *v.* THOMAS BARKLEY ET AL.   October 24, 1927.   Petition for a writ of certiorari to the Supreme Court of the State of Arkansas granted.   *Messrs. Thomas B. Pryor, Vincent M. Miles* and *O. E. Swan* for petitioner.   *Mr. Charles I. Evans* for respondents.